Moon *v.* Moon.

## William H. Moon

*v.*

## Rose Moon.

In a proper case, the court of chancery may dispauper a petitioner who is proceeding, *in forma pauperis*, under its previous order, for a divorce, and order him to pay alimony to his wife.

*Mr. Andrew Jas. Smith,* for motion.

*Mr. C. J. Rutgers, contra.*

Bird, V. C.

After a good deal of attention to this case, I am quite clear that the motion to set aside the order allowing the petitioner to prosecute his suit *in forma pauperis* ought to prevail. And I am satisfied that the discretionary power given to the court by the statute (*Rev. 319 § 33*), can be exercised in revoking such an order as well as in making one.

I have come to the conclusion that the petitioner ought to be ordered to pay alimony to the defendant. As the case *now*

Note.—One suing *in forma pauperis* may be dispaupered for misconduct in the proceedings, *Anonymous, Styles 386; Rice v. Brown, 1 B. & P. 40; Nowell v. Whitaker, 6 Beav. 407;* see *Murphy v. Oldis, 1 Hogan 219; Ex parte Morland, 3 Deac. & Ch. 248; Parr v. Montgomery, 22 Grant's Ch. 176; Isaac v. Johnson, 5 Munf. 95;* or, where the order was obtained. *ex parte, Isnard v. Cazeaux, 1 Paige 39; Thomas v. Wilson, 6 Hill 257; McPhatridge v. Gregg, 4 Coldw. 324;* or, because he has sufficient property; *Anonymous, 2 Salk. 507; Romilly v. Grint, 2 Beav. 186; Tapprell v. Taylor, 9 Beav. 493; Butler v. Gardener, 12 Beav. 525; Goldsmith v. Goldsmith, 5 Hare 123; Lovekin v. Edwards, 1 Phillim. 179; Burryport Co. v. Bowser, 26 L. J. Ch. (N. S.) 319;* see *Perry v. Walker, 1 Y. & C. C. C. 676; Allen v. McPherson, 5 Beav. 485; Kerr v. State, 35 Ind. 288; Brumley v. Hayworth, 3 Yerg. 423;* or for suppression of facts as to his property, *Mather v. Shelmerdine, 7 Beav. 267; Raxworthy v. Raxworthy, 7 L. J. Ch. (N. S.) 136;* see *Morris v. Smith, 11 Humph. 133; Heckman v. Mackey, 32 Fed. Rep. 574;* or refusing an application for an arbitration, *Supple v. ———, 2 Moll. 345.*

A wife may dispauper her husband suing her for a divorce, *Moyers v. Moyers, 11 Heisk. 495.*

stands before me I am justified in this.   Since he is doing nothing towards her support, he can .do something towards enabling her to make defence to his suit.

I will advise that he pay $2 per week to her, or to her solicitor, at the termination of each and every week from and after the 1st day of January, A. D. 1886.   I will not advise a counsel fee at this stage.   The petitioner is entitled to costs.